Argued May 23, affirmed May 23, 1973

STATE OF OREGON, *Respondent, v.* RONALD LEE WESSELLS (No. 72-737-C), *Appellant.*

510 P2d 357

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Richard K. Lane,* Deputy District Attorney, Grants Pass, argued the cause for respondent. With him on the brief was Robert M. Burrows, District Attorney, Grants Pass.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.